IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IBM CREDIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM ONE DESIGN, INC., PETER NUYTKENS, MARGARET NUYTKENS and NUYTKENS REALTY TRUST,<br><br>Defendants. | Case No.<br><br>04 12303 RGS<br><br>FILING FEE PAID:<br>RECEIPT #<br>AMOUNT $<br>BY DPTY CLK<br>DATE |

MOTION PURSUANT TO LOCAL RULE 83.5.3(b)
OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS FOR ADMISSION OF MITCHELL G. MANDELL PRO HAC VICE

Christopher J. Panos, a member of the bar of the United States District Court for the District of Massachusetts, who has, concurrent with this motion, filed an appearance in this matter, moves for entry of an order authorizing Mitchell G. Mandell to practice *pro hac vice* before the United States District Court for the District of Massachusetts to represent IBM Credit Corporation, a Delaware corporation, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts. In support thereof, the certificate of Mitchell G. Mandell, required by Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts are attached hereto as Exhibit A.

Dated: October 27, 2004

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley
 Professional Corporation
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

1

<u>Exhibit A</u>

I, Mitchell G. Mandell, hereby certifies, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in New York; the U.S. District Court for the Southern, Eastern, Western and Northern Districts of New York; the U.S. Court of Appeals for the Second Circuit; the U.S. Court of Appeals for the Eleventh Circuit; the U.S. Tax Court; and the U.S. Supreme Court; and am in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the penalties of perjury.

Dated: October 26, 2004

By: _____
Mitchell G. Mandell (MM-9453)
FISCHER & MANDELL LLP
546 Fifth Avenue
New York, New York 10036
(212) 840-9300