AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

IBM CREDIT CORPORATION

v.

CUSTOM ONE DESIGN, INC.,
PETER NUYTKENS, MARGARET NUYTKENS
AND NUYTKENS REALTY TRUST

FILED
IN CLERKS OFFICE
2004 NOV -9 A 10: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

SUMMONS IN A CIVIL ACTION

## 04 - 12303 RGS

TO: (Name and address of Defendant)

Custom One Design, Inc.
10 Corey Street
Melrose, MA 02176

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                    DATE  10/26/2004

(By) DEPUTY CLERK

74809

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                          Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

I hereby certify and return that today, November 1, 2004, I served a true and attested copy of the within Summons; Civil Action Cover Sheet; Complaint; Motion Pursuant to Local Rule 83.5.3 (B) of the USDC for the District of Massachusetts for Admission of Mitchell G. Mandell Pro Hac Vice in this action upon the within named Custom One Design Inc., by giving in hand to Peter Nuytkens Agent in Charge. Said service was effected at: Custom One Design Inc., 10 Corey Street, Melrose, MA 02176.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 1, 2004.

Dennis Mahoney, Constable
& Disinterested Person over Age 18.

Service & Travel: $55.00

**Butler and Witten**
Boston, MA
(617) 325-6455