IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IBM CREDIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM ONE DESIGN, INC., PETER NUYTKENS, MARGARET NUYTKENS and NUYTKENS REALTY TRUST,<br><br>Defendants. | Case No. 04 Civ. 12303 (RGS) |

### REQUEST FOR ENTRY OF DEFAULT

The Plaintiff, IBM Credit Corporation (hereinafter "IBM"), pursuant to Fed. R. Civ. P. 55(a), hereby respectfully requests that the Clerk of this Honorable Court enter a default against the Defendants, Custom One Design, Inc., Peter Nuytkens, Margaret Nuytkens and Nuytkens Realty Trust (hereinafter "Defendants") in favor of IBM on all counts set forth in IBM's Complaint. In support of this motion, IBM states as follows:

1. On or about November 1, 2004, IBM served Defendants with Summonses and copies of the Complaint.

2. The time in which Defendants shall serve a responsive pleading or otherwise defend pursuant to Rule 12 (a), has expired and Defendants have failed to serve or file an answer or otherwise defend the allegations enumerated in the Complaint.

1

WHEREFORE, the Plaintiff, IBM Credit Corporation, makes application that the Defendants, Custom One Design, Inc., Peter Nuytkens, Margaret Nuytkens and Nuytkens Realty Trust be defaulted.

December 17, 2004

Respectfully submitted,

IBM CREDIT CORPORATION

By: /s/ P.W. Manzo
Patrick W. Manzo

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:    (617) 742-1788

Mitchell G. Mandell
Fischer & Mandell LLP
546 Fifth Avenue
New York, New York 10036
(212) 840-9300

### Certificate of Service

I, Patrick W. Manzo, hereby certify that on December 17, 2004 a true copy of the above document was served on the following parties by postage-paid, First Class Mail:

Custom One Design, Inc.
c/o Peter Nuytkens
38 Ardsmore Road
Melrose, MA  02176

Peter Nuytkens
38 Ardsmore Road
Melrose, MA  02176

Margaret Nuytkens  
38 Ardsmore Road  
Melrose, MA  02176

Nuytkens Realty Trust  
38 Ardsmore Road  
Melrose, MA  02176

_____  
Patrick W. Manzo