AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

IBM CREDIT CORPORATION

**SUMMONS IN A CIVIL ACTION**

V.

CUSTOM ONE DESIGN, INC.,

PETER NUYTKENS, MARGARET NUYTKENS

AND NUYTKENS REALTY TRUST

Case No. 04 Civ. 12303 (RGS)

TO: (Name and address of Defendant)

Nuytkens Realty Trust
c/o Peter Nuytkens, Trustee
38 Ardsmoor Road
Melrose, MA  02176

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                   3-17-05

CLERK                                               DATE

(By) DEPUTY CLERK

I hereby certify and return that today, March 26, 2005, at 7:45 AM, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Nuytkens Realty Trust, by giving in hand to Peter Nuytkens, Trustee.   Said service was effected at: Nuytkens Realty Trust, c/o Peter Nuytkens, Trustee, 38 Ardsmoor Road, Melrose, MA 02176.

I declare under the penalty of perjury under the laws of the United States of America
that the foregoing information is true and correct. Executed on March 26, 2005.

_____
**David H. Sullivan,** Constable
& Disinterested Person over Age 18.


Service & Travel:$55.00


**Butler and Witten**
Boston, MA
(617) 325-6455