UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IBM CREDIT CORPORATION,             )
                                    )
               Plaintiff,       )
                                    )
        v.                        )  Civil Action No. 04-12303-RGS
                                    )
CUSTOM ONE DESIGN, INC., PETER      )
NUYTKENS, MARGARET NUYTKENS and     )
NUYTKENS REALTY TRUST [*sic*],      )
                                    )
               Defendants.      )
_____)

**DEFENDANT NUYTKENS REALTY TRUST [*sic*]'S**
**ANSWER TO THE PLAINTIFF'S COMPLAINT**

Now comes the Defendant Nuytkens Realty Trust [*sic*] ("Defendant") and answers the Plaintiff's Complaint as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the averments contained in Paragraph 1, and accordingly denies the same.

2. Admitted.

3. Admitted.

4. Admitted

5. Denied.

6. The averments set forth in Paragraph 6 form conclusions of law to which no response is required in this Answer.

7. The averments set forth in Paragraph 7 form conclusions of law to which no response is required in this Answer.

8. The averments set forth in Paragraph 8 characterize the Complaint, setting forth no factual allegations as to the Defendant. To the extent any response is deemed to be required, the averments are denied.

9. In response to Paragraph 9, Defendant admits to the existence of a certain relationship between Custom One Design, Inc. and the Plaintiff. The Defendant states that any documents memorializing that relationship speak for themselves, and denies the Plaintiff's characterization of those agreements.

10. In response to Paragraph 10, Defendant states that any documents memorializing the relationship speak for themselves, and denies the Plaintiff's characterization of those agreements.

11. In response to Paragraph 11, Defendant states that any documents memorializing that relationship speak for themselves, and denies the Plaintiff's characterization of those agreements.

12. In response to Paragraph 12, Defendant states that any documents memorializing that relationship speak for themselves, and denies the Plaintiff's characterization of those agreements.

13. In response to Paragraph 13, Defendant states that any documents memorializing that relationship speak for themselves, and denies the Plaintiff's characterization of those agreements.

### As and for Count I

14. The Defendant realleges and reincorporates its responses to Paragraphs 1 through 13 as if set forth more fully herein.

15. This Paragraph does not purport to advance a claim against Defendant, and as such no response is required.

16. This Paragraph does not purport to advance a claim against Defendant, and as such no response is required.

### As and for Count II

17. The Defendant realleges and reincorporates its responses to Paragraphs 1 through 16 as if set forth more fully herein.

18. This Paragraph does not purport to advance a claim against Defendant, and as such no response is required.

### As and for Count III

19. The Defendant realleges and reincorporates its responses to Paragraphs 1 through 18 as if set forth more fully herein.

20. This Paragraph does not purport to advance a claim against Defendant, and as such no response is required.

### As and for Count IV

21. The Defendant realleges and reincorporates its responses to Paragraphs 1 through 20 as if set forth more fully herein.

22. The averments set forth in Paragraph 22 form conclusions of law to which no response is required in this Answer.

### As and for Count V

23. The Defendant realleges and reincorporates its responses to Paragraphs 1 through 22 as if set forth more fully herein.

24. Denied.

### As and for Count VI

25. The Defendant realleges and reincorporates its responses to Paragraphs 1 through 24 as if set forth more fully herein.

26. This Paragraph does not purport to advance a claim against Defendant, and as such no response is required.

### AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Plaintiff's Complaint fails to state a claim on which relief may be granted.

### Second Affirmative Defense

The claims set forth in the Plaintiff's Complaint may be barred, in all or in part, by the Statute of Frauds.

### Third Affirmative Defense

Upon information and belief, any recovery by the Plaintiff is barred, in all or in part, by the Plaintiff's violation of the Equal Credit Opportunity Act, 15 U.S.C. §1691, et seq.

### Fourth Affirmative Defense

The Defendant reserves all rights to raise additional affirmative defenses as become known through the course of discovery.

### JURY TRIAL REQUEST

The Defendant requests trial by jury on all claims so triable.

                                                  Respectfully submitted,

                                                  Defendant,
                                                  **NUYTKENS REALTY TRUST [*sic*],**

                                                  By its attorneys:


                                                  /s/ Christine M. Griffin
                                                  Stephen Y. Chow, BBO #082990
                                                  Christine M. Griffin, BBO #651401
                                                  PERKINS SMITH & COHEN LLP
                                                  One Beacon Street, 30th Floor
                                                  Boston, Massachusetts 02108
                                                  Phone: (617) 854-4000
                                                  Fax: (617) 854-4040

April 15, 2005


### CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that a true copy of the foregoing was served upon the following counsel by first-class mail, postage prepaid, on this the 15th day of April, 2005:

| | |
|---|---|
| Christopher J. Panos, Esq. | Mitchell G. Mandell, Esq. |
| Craig & Macauley, P.C. | Fischer & Mandell |
| Federal Reserve Plaza | 546 Fifth Avenue |
| 600 Atlantic Avenue | New York, NY 10036 |
| Boston, MA 02210 | |

                                                  /s/ Christine M. Griffin
                                                  Christine M. Griffin