UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| IBM CREDIT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-12303-RGS |
| | ) | |
| CUSTOM ONE DESIGN, INC., PETER | ) | |
| NUYTKENS, MARGARET NUYTKENS, and | ) | |
| NUYTKENS REALTY TRUST [*sic*], | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## L.R. 7.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NUYTKENS REALTY TRUST

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Nuytkens Realty Trust ("Defendant") submits the following corporate disclosure statement:

Defendant hereby states that it does not have a parent company and that no public company owns 10% or more of its stock.

Respectfully submitted,

Defendant,
**NUYTKENS REALTY TRUST,**

By its attorneys:


/s/ Christine M. Griffin
Stephen Y. Chow, BBO #082990
Christine M. Griffin, BBO #651401
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, Massachusetts 02108
Phone: (617) 854-4000
Fax: (617) 854-4040

April 15, 2005



## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that a true copy of the foregoing was served upon the following counsel by first-class mail, postage prepaid, on this the 15th day of April, 2005:

Christopher J. Panos, Esq.                    Mitchell G. Mandell, Esq.
Craig & Macauley, P.C.                        Fischer & Mandell
Federal Reserve Plaza                         546 Fifth Avenue
600 Atlantic Avenue                           New York, NY 10036
Boston, MA 02210


/s/ Christine M. Griffin
Christine M. Griffin

12569-404 CorpDisclNRT.doc