UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IBM CREDIT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-12303-RGS |
| | ) | |
| CUSTOM ONE DESIGN, INC., PETER | ) | |
| NUYTKENS, MARGARET NUYTKENS, and | ) | |
| NUYTKENS REALTY TRUST [*sic*], | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**L.R. 7.3 CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT CUSTOM ONE DESIGN, INC.**

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Custom One Design, Inc., ("Defendant") submits the following corporate disclosure statement:

Defendant, located in Melrose, Massachusetts, hereby states that it does not have a parent company and that no public company owns 10% or more of its stock.

Respectfully submitted,

Defendant,
**CUSTOM ONE DESIGN, INC.,**

By its attorneys:


/s/ Christine M. Griffin
Stephen Y. Chow, BBO #082990
Christine M. Griffin, BBO #651401
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, Massachusetts 02108
Phone: (617) 854-4000
Fax: (617) 854-4040

April 15, 2005


## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that a true copy of the foregoing was served upon the following counsel by first-class mail, postage prepaid, on this the 15th day of April, 2005:

Christopher J. Panos, Esq.          Mitchell G. Mandell, Esq.
Craig & Macauley, P.C.              Fischer & Mandell
Federal Reserve Plaza               546 Fifth Avenue
600 Atlantic Avenue                 New York, NY 10036
Boston, MA 02210


/s/ Christine M. Griffin
Christine M. Griffin

12569-404 CorpDisclC1D.doc