UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IBM CREDIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM ONE DESIGN, INC., PETER NUYTKENS, MARGARET NUYTKENS, and NUYTKENS REALTY TRUST [*sic*],<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 04-12303-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE OF STEPHEN Y. CHOW**

Please withdraw the appearance of attorneys John R. Mayer, Esq. and Lawrence G. Green, Esq. as counsel for Defendants Custom One Design, Inc., Peter Nuytkens, Margaret Nuytkens, and Nuytkens Realty Trust (collectively, the "Defendants"), and enter the appearance of Stephen Y. Chow, Esq. as counsel for the Defendants in connection with the above-captioned matter. Please note that Perkins Smith & Cohen LLP continues as counsel to Defendants in this matter.

Respectfully submitted,

Defendants,
**CUSTOM ONE DESIGN, INC., PETER NUYTKENS, MARGARET NUYTKENS, and NUYTKENS REALTY TRUST,**
By their attorneys,

/s/ Christine M. Griffin
Stephen Y. Chow, BBO #082990
Christine M. Griffin, BBO #651401
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, Massachusetts 02108
(617) 854-4000

April 15, 2005

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that a true copy of the foregoing was served upon the following counsel by first-class mail, postage prepaid, on this the 15th day of April, 2005:

| | |
|---|---|
| Christopher J. Panos, Esq. | Mitchell G. Mandell, Esq. |
| Craig & Macauley, P.C. | Fischer & Mandell |
| Federal Reserve Plaza | 546 Fifth Avenue |
| 600 Atlantic Avenue | New York, NY 10036 |
| Boston, MA 02210 | |

/s/ Christine M. Griffin
Christine M. Griffin