# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IBM CREDIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM ONE DESIGN, INC., PETER NUYTKENS, MARGARET NUYTKENS and NUYTKENS REALTY TRUST,<br><br>Defendants. | Case No. 04 Civ. 12303 (RGS) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff, IBM Credit Corporation ("IBM Credit") files this Corporate Disclosure Statement pursuant to Rule 7.3(A) of the Local Rules of this Court.

IBM Credit is a wholly owned subsidiary of IBM Corporation.

April 21, 2005                                        Respectfully submitted,

                                                      IBM CREDIT CORPORATION


                                                      By:   /s/ Patrick W. Manzo

-2-

Christopher J. Panos (BBO# 555273)
Patrick W. Manzo (BBO# 651891)
Craig and Macauley Professional
Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Phone: (617) 367-9500
Fax:     (617) 742-1788

Mitchell G. Mandell
Fischer & Mandell LLP
546 Fifth Avenue
New York, New York 10036
(212) 840-9300