UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
IBM CREDIT CORPORATION,                       )
                                              )
            Plaintiff,                        )
                                              )
      v.                                      )          Case No. 04-12303-RGS
                                              )
CUSTOM ONE DESIGN, INC., PETER                )
NUYTKENS, MARGARET NUYTKENS, and              )
NUYTKENS REALTY TRUST [*sic*],                )
                                              )
            Defendants.                       )
_____)

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

      The parties to this action hereby jointly move that the Court continue for 30 days the

scheduling conference currently scheduled to take place in this matter on Monday, May 16, 2005

at 3:30PM.  As reason for this motion, the parties state that they are currently engaged in

settlement negotiations regarding this and several other related litigation matters, and the

requested continuance will grant the parties time to explore settlement fully and will assist in the

efforts to resolve this litigation.

      The parties additionally hereby move that, should this motion be allowed, they be

permitted to confer and file a joint statement consistent with the new scheduling conference date

in this matter.

Respectfully submitted,

Plaintiff,
**IBM CREDIT CORPORATION**,


By its attorney,

/s/ Mitchell G. Mandell //by CMG
Mitchell G. Mandell
FISCHER & MANDELL LLP
546 Fifth Avenue
New York, NY 10036
(212) 840-9300


May 11, 2005

Respectfully submitted,

Defendants,
**CUSTOM ONE DESIGN, INC., PETER
NUYTKENS, MARGARET
NUYTKENS, and NUYTKENS REALTY
TRUST,**
By their attorneys,

/s/ Christine M. Griffin
Stephen Y. Chow, BBO #082990
Christine M. Griffin, BBO #651401
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, Massachusetts 02108
(617) 854-4000


## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that a true copy of the foregoing was served upon the following counsel by first-class mail, postage prepaid, on this the 11th day of May, 2005:

Christopher J. Panos, Esq.
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Mitchell G. Mandell, Esq.
Fischer & Mandell LLP
546 Fifth Avenue
New York, NY 10036


/s/ Christine M. Griffin
Christine M. Griffin

2