IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IBM CREDIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM ONE DESIGN, INC., PETER NUYTKENS, MARGARET NUYTKENS and NUYTKENS REALTY TRUST,<br><br>Defendants. | Case No. 04 Civ. 12303 (RGS) |

## JOINT STATEMENT FOR LOCAL RULE 16.1 CONFERENCE

Pursuant to Local Rule 16.1, the undersigned parties have conferred and state as follows:

I.  PROPOSED DISCOVERY PLAN

   The parties propose the following discovery plan:

   A.   Exchange Rule 26(a)(1) information by July 8, 2005.

   B.   Maximum depositions, exclusive of parties: **5 per party**. The deposition of a corporate designee shall count as one deposition, regardless of number of witnesses produced. Keeper of Records depositions shall not count towards the total of 5 per party.

   C.   Lay witness depositions must be completed no later than October 14, 2005.

   D.   Reports for experts due by October 31, 2005.

   E.   Expert Witness depositions must be completed by November 18, 2005.

II.  PROPOSED SCHEDULE FOR FILING MOTIONS

   To file motions for summary judgment by December 16, 2005.

-2-

III.  CERTIFICATIONS OF COUNSEL AND PARTIES

The parties will file certifications separately.

IV.  OTHER MATTERS

   A.  This statement is submitted without waiving any party's right to move the Court for amendment of the schedule proposed herein, or to seek a stay of this action.

   B.  Proposed agenda for the June 30, 2005 conference:

      1.  Review of foregoing discovery plan and establishment of schedule.

      2.  The parties have not consented to trial by a Magistrate Judge.

Dated: New York, New York
       June 24, 2005

FISCHER & MANDELL LLP
Attorneys for Plaintiff
546 Fifth Avenue
New York, New York 10036
(212) 840-9300

By: _____
    Mitchell G. Mandell

Dated: Boston, Massachusetts
       June 24, 2005

PERKINS SMITH & COHEN LLP
Attorneys for Defendants
One Beacon Street
Boston, Massachusetts 02108
(617) 854-4000

By: _____
    Stephen Y. Chow, BBO #082990