IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IBM CREDIT CORPORATION,

    Plaintiff,

v.

CUSTOM ONE DESIGN, INC., PETER NUYTKENS, MARGARET NUYTKENS and NUYTKENS REALTY TRUST,

    Defendants.

Case No. 04 Civ. 12303 (RGS)

### PLAINTIFF'S CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Plaintiff IBM Credit Corporation ("IBM") and undersigned counsel for IBM certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation and have conferred to consider the resolution of this litigation through the use of alternative dispute resolutions programs such as those outlined in Local Rule 16.4.

FISCHER & MANDELL LLP

_____
Mitchell G. Mandell
Fischer & Mandell LLP
546 Fifth Avenue
New York, New York 10036
(212) 840-9300

May 10, 2005

IBM CREDIT CORPORATION

_____
By: SALVATORE GRASSO
MANAGER, GLOBAL SPECIAL HANDLING

May 10, 2005