UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IBM CREDIT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>CUSTOM ONE DESIGN, INC., PETER<br>NUYTKENS, MARGARET NUYTKENS, and<br>NUYTKENS REALTY TRUST [*sic*],<br><br>    Defendants. | Case No. 04-12303-RGS |

## MOTION TO WITHDRAW APPEARANCE OF CHRISTINE M. GRIFFIN, ESQ. FOR DEFENDANTS, CUSTOM ONE DESIGN, INC., PETER NUYTKENS, MARGARET NUYTKENS, AND NUYTKENS REALTY TRUST

Pursuant to the requirements of Local Rule of the United States District Court for the District of Massachusetts 83.5.2, Christine M. Griffin, Esq. ("Griffin") hereby moves this Court for leave to withdraw her appearance as counsel in the above-captioned action on behalf of Defendants, Custom One Design, Inc., Peter Nuytkens, Margaret Nuytkens, and Nuytkens Realty Trust ("Defendants").

In support of this Motion, Attorney Griffin states that she has been an associate at the law firm of Perkins Smith & Cohen LLP, but has now accepted a position as an associate at another law firm.

Attorney Stephen Y. Chow and the law firm of Perkins Smith & Cohen LLP will continue as counsel for Defendants, Custom One Design, Inc., Peter Nuytkens, Margaret Nuytkens, and Nuytkens Realty Trust.

WHEREFORE, Christine M. Griffin, Esq. hereby requests that this Court grant her leave to withdraw her appearance on behalf of Defendants in this action.

Respectfully submitted,

*/s/ Christine M. Griffin*

Stephen Y. Chow, BBO #082990
Christine M. Griffin, BBO #651401
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, Massachusetts 02108
(617) 854-4000

June 29, 2005

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that a true copy of the foregoing was served upon the following counsel by first-class mail, postage prepaid, on this the 29th day of June, 2005:

| | |
|---|---|
| Christopher J. Panos, Esq. | Mitchell G. Mandell, Esq. |
| CRAIG & MACAULEY, P.C. | FISCHER & MANDELL |
| Federal Reserve Plaza | 546 Fifth Avenue |
| 600 Atlantic Avenue | New York, NY 10036 |
| Boston, MA 02210 | |

*/s/ Christine M. Griffin*
Christine M. Griffin