UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IBM CREDIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM ONE DESIGN, INC., PETER NUYTKENS, MARGARET NUYTKENS, and THE NUYTKENS REALTY TRUST,<br><br>Defendants. | Case No. 04-12303-RGS |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned Parties hereby jointly stipulate to dismiss all claims and counterclaims in the above-captioned action with prejudice. Each party is to bear its own costs.

1

Respectfully submitted,

| Plaintiff, | Defendants, |
|---|---|
| **IBM CREDIT LLC** | **CUSTOM ONE DESIGN, INC., PETER NUYTKENS, MARGARET NUYTKENS, and THE NUYTKENS REALTY TRUST,** |
| By its attorneys, | By their attorneys, |

_____
Christopher J. Panos, Esq. (BBO #555273)
Craig & Macaulay, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Mitchell G. Mandell, Esq.
Fischer & Mandell, LLP
546 Fifth Avenue
New York, New York 10036

Dated: August 10, 2005

Stephen Y. Chow, BOB #082990
Christine M. Griffin, BOB #651401
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, Massachusetts 02108
(617) 854-4000

2